## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Thomas Overpack

                Plaintiff,

v.                                       Case No.: 1:18−cv−00110

                                          Honorable Robert W. Gettleman

National Credit Adjusters, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 12, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 3/12/2018. The Court orders the defendant is in Default. Plaintiff's motion [7] for default order is terminated as moot. Motion presentment hearing date of 3/14/2018 is stricken. Default prove−up hearing set for 4/17/2018 at 9:00 a.m. Mailed notice (cn)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.