# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Thomas Overpack,**
Plaintiff(s),

v.

**National Credit Adjusters, LLC.**,

Defendant(s).

Case No. 18-cv-00110
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Thomas Overpack
and against defendant(s) National Credit Adjusters, LLC.
in the amount of $ 6,399.20

which ☐ includes     pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion.


Date: 4/17/2018                    Thomas G. Bruton, Clerk of Court

                                   Claire Newman , Deputy Clerk