## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS OVERPACK, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No. 18-cv-00110 |
| v. | ) | |
| | ) | Hon. Robert W. Gettleman |
| NATIONAL CREDIT | ) | |
| ADJUSTERS, LLC, | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| DEFENDANT. | ) | |

## ORDER

Judgment is entered in favor of Plaintiff Thomas Overpack and against National Credit

Adjusters, LLC., in the amount of $1,000 for statutory damages, $4,949. 20 in attorney fees, and

$ 450.00 for cost for a total of $6,399.20.

Dated: April 17, 2018

_____
HONORABLE Robert W. Gettleman
United States District Court